\*\*\*\* CASE NUMBER: 502020CA009685XXXXMB Div: AB \*\*\*\*

Filing # 113048130 E-Filed 09/09/2020 09:30:51 AM

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL
IN AND FOR PALM BEACH COUNTY,
FLORIDA

PHILIP CARRATELLO,

    Plaintiff,

-vs-

DOLLAR TREE STORES, INC.,

    Defendant.
_____/

CASE NO.:

Received: 9/18/20 @ 1:00/p
Served: 9/18/20 @ 1:20/p
                P

Richard Kolodgy, CPS #204
Second Judicial Circuit

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this Summons and a copy of the Complaint, Request for Admissions, Interrogatories, and Request to Produce in this action on Defendant:

**Dollar Tree Stores, Inc.**
**By serving its Registered Agent:**
**Corporation Service Company**
**1201 Hays Street**
**Tallahassee, FL 32301**

    EACH Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's Attorney whose address is:

Michael W Shiver, Esquire
**STEINGER, GREENE & FEINER**
1645 Palm Beach Lakes Boulevard,
West Palm Beach, FL 33401
Telephone: (561) 616-5550

within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's Attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

DATED on Sep 09 2020

Sharon R. Bock
Clerk of the Court
BY: _Shalea Ravenell_
Shalea Ravenell

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK, 09/09/2020 09:30:51 AM

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL IN AND FOR
PALM BEACH COUNTY, FLORIDA

PHILIP CARRATELLO,

    Plaintiff,

CASE NO.: 50 2020 CA 009685

-vs-

DOLLAR TREE STORES, INC.,

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, PHILIP CARRATELLO, by and through the undersigned counsel, sues the Defendant, DOLLAR TREE STORES, INC., and states:

1. This is an action for damages that exceed the minimum jurisdictional amount of this Court.

2. All conditions precedent have been performed or have occurred.

3. On or about August 10, 2019, Defendant, Dollar Tree Stores, Inc, leased, rented, possessed, controlled, operated, and/or owned a building and/or property located at or near 224 North 3rd Street, Lantana, Palm Beach, FL that was used as a retail store, and did supervise and maintain said property through its agent and servants.

4. On or about August 10, 2019, Plaintiff, PHILIP CARRATELLO, was an express or implied invitee of Defendant, Dollar Tree Stores, Inc and went onto Defendant's premises as a customer.

5. At the above time and place, the Plaintiff, PHILIP CARRATELLO, parked in a designated handicapped parking spot and proceeded to exit his vehicle. Plaintiff then

PHILIP CARRATELLO v. DOLLAR TREE STORES, INC.
Complaint
Case No:
Page 2

proceeded to walk from his vehicle to the entrance of the Defendant's store and fell on an unmarked raised lift where the handicapped ramp was located next to his vehicle. as exiting his vehicle.

7. Defendant, DOLLAR TREE STORES, INC, owed all reasonably foreseeable invitees upon the property a non-delegable duty of reasonable care.

8. That non-delegable duty included the duty to maintain, inspect, and repair the premises, so as to keep it in a reasonably safe condition, which includes reasonable efforts to keep the premises free from unreasonably dangerous changes in surface elevation and/or walking level, which could forseeably give rise to loss, injury, or damage. This duty further included a duty to warn of dangerous conditions of which the Defendant possessed superior knowledge..

9. Defendant, DOLLAR TREE STORES, INC., negligently failed to maintain its premises in a reasonably safe condition, negligently failed to correct a dangerous condition about which Defendant either knew or should have known, through the use of reasonable care, and/or negligently failed to warn PHILIP CARRATELLO of a dangerous condition about which Defendant had superior knowledge - i.e. an inconspicuous and non-obvious step.

10. The dangerous condition was created by and/or known to Defendant, DOLLAR TREE STORES, INC., or had existed for a sufficient length of time so that defendant should have known of it.

11. As the proximate result of Defendant, DOLLAR TREE STORES, INC.'s negligence, PHILIP CARRATELLO fell to the pavement, causing injury.

PHILIP CARRATELLO v. DOLLAR TREE STORES, INC.
Complaint
Case No:
Page 3

12    The Plaintiff, PHILIP CARRATELLO, suffered bodily injury and resulting pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, incurred expenses of hospitalization, medical, chiropractic and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition, disease or physical defect. PHILIP CARRATELLO's losses are either permanent or continuing and plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, PHILIP CARRATELLO, sues the Defendant, DOLLAR TREE STORES, INC., for compensatory damages, costs and interest and demands trial by jury of all issues so triable as a matter of right.

**STEINGER, GREENE & FEINER**
Attorneys for Plaintiff
1645 Palm Beach Lakes Boulevard
West Palm Beach, FL 33401
Telephone: (561) 616-5550
Facsimile: (561) 616-5551
Email: mshiver@injurylawyers.com

By: /s/ *Michael W. Shiver*
Michael W Shiver, Esquire
Florida Bar No.: 024283